# Third District Court of Appeal

## State of Florida

Opinion filed November 4, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D19-1554
Lower Tribunal No. 18-26274
_____

## Francis Indira Mendez and Ruggiero Schiraldi,
Appellants,

vs.

## Deutsche Bank Trust Company Americas, etc.,
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alexander Bokor, Judge.

The AJM Law Group, P.A., and Alix J. Montes, for appellants.

Liebler, Gonzalez & Portuondo, and Alan M. Pierce, for appellee.

Before FERNANDEZ, LINDSEY and GORDO, JJ.

PER CURIAM.

Affirmed.